1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

SOUTHERN DISTRICT OF CALIFORNIA

10

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Crim. Case No. 02CR2255-CB |
| Plaintiff, | ) | |
| v. | ) | ORDER AND JUDGMENT TO DISMISS THE OSC PETITION |
| FELIPE FLORES-CALDERA | ) | |
| Defendant. | ) | |

16    Upon application of the United States Attorney, and good cause appearing

17 therefrom,

18
19    IT IS HEREBY ORDERED that the OSC Petition in the above-captioned case

20 against FELIPE FLORES-CALDERA be dismissed without prejudice.

21    IT IS FURTHER ORDERED that the arrest warrant be recalled in this matter.

22
23 DATED: June 23, 2014

24    _____

25    HONORABLE CYNTHIA BASHANT
      United States District Court

26
27
28